IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BILLY GARRETT,

        Plaintiff,

v.

JO ANNE BARNHART,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Civil Action No.
05-0530-CV-W-REL-SSA

___   **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED

    That plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED

    That the decision of the Commissioner is affirmed.

                                          P.L. Brune, Clerk

Date: June 19, 2006                 /s/ Bonnie J. Rowland
                                                Deputy Clerk